**Order entered February 3, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01765-CV

### IN THE INTEREST OF J.T.A., A CHILD

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-54435-2011**

## ORDER

We **GRANT** appellant's January 30, 2014 unopposed motion for extension of time to pay

for the appellate record and **ORDER** appellant to file, no later than February 10, 2014, written

verification that she has paid or made arrangements to pay for the record.


       /s/  ELIZABETH LANG-MIERS
          JUSTICE